IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY OWENS,

    Plaintiff,

v.

SANJAY AGRAWAL, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-149-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants

(1)   denying plaintiff Anthony Owens' request for leave to proceed;

(2)   dismissing plaintiff's complaint, with prejudice, as legally frivolous pursuant to 28 U.S.C. § 1915A; and

(3)   to the extent that plaintiff's claims are barred by the rule in *Heck v. Humphrey*, 512 U.S. 477 (1994), the complaint is DISMISSED without prejudice.

/s/                                                       March 27, 2015

Peter Oppeneer, Clerk of Court                       Date